UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Gold Medal Insurance Company,

Plaintiff,

vs.

Eagle Star, Europa Re, Government Insurance Office, and P M Brotherton sued on his own behalf and on behalf of all underwriting members of Syndicate 490 at Lloyds,

Defendants.

File No. 01-CV-1147 DWF/AJB

**STIPULATION AND ORDER FOR LEAVE TO EXTEND THE TIME TO ANSWER OR OTHERWISE PLEAD**

**WHEREAS**, Plaintiff commenced this action by filing the Complaint with the United States District Court for the District of Minnesota on June 26, 2001 and Plaintiff served the Summons and Complaint upon Defendants on June 27, 2001;

**WHEREAS,** on July 16, 2001 counsel for Plaintiff agreed to grant Defendants an extension to answer or otherwise plead from July 17, 2001 until July 31, 2001;

**IT IS HEREBY STIPULATED** by the parties, through their undersigned attorneys, that the time within which Defendants shall answer or otherwise plead to Plaintiff's Complaint may be extended to July 31, 2001.

Dated: 7-17-01

James S. Reece

James S. Reece (#90037)
Richard L. Voelbel (#112963)
Chad A. Snyder (#02888275)
Zelle, Hofmann, Voelbel, Mason & Gette LLP
4400 City Center
33 South Sixth Street
Minneapolis, MN 55402
(612) 339-2020

***Attorneys for Plaintiff Gold Medal Insurance Company.***

FILED JUL 18 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

Dated: 7-17-01

John J. McDonald, Jr. (#136815)
Joel T. Wiegert (#306149 )
MEAGHER & GEER, P.L.L.P.
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 338-0661

***Attorneys for Defendants Eagle Star, Europa Re, Government Insurance Office, and P M Brotherton sued on his own behalf and on behalf of all underwriting members of Syndicate 490 at Lloyds.***

**ORDER FOR EXTENSION OF TIME TO PLEAD**

Based on the foregoing Stipulation of the parties,

**IT IS HEREBY ORDERED:**

That the time within which the Defendants shall answer or otherwise plead to Plaintiff's Complaint shall be extended to July 31, 2001.

Dated: July 18, 2001

Arthur J. Boylan
United States Magistrate Judge

898162

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500