UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Gold Medal Insurance Company,
Plaintiff,

vs.

Eagle Star, Europa Re, Government Insurance Office, and P.M. Brotherton Sued on his own behalf and on behalf of all underwriting members of Syndicate 490 at Lloyds,
Defendants.

File No.: 01-CV-1147 JEL/JGL

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto, through their respective counsel and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that the above-entitled action and the same hereby is, dismissed with prejudice, without further cost to any of the parties hereto.

**IT IS FURTHER STIPULATED AND AGREED** that the Court may forthwith enter judgment of dismissal with prejudice to be entered herein.

Dated: 12/27/02

Richard L. Voelbel (#112963
James S. Reece (#90037)
ZELLE, HOFFMAN, VOELBEL, MASON & GETTE LLP
440 City Center
33 South Sixth Street
Minneapolis, MN 55402
(612) 339-2020

***Attorneys for Plaintiff Gold Medal Insurance Company***

FILED JAN 02 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JAN 02 2003
DEPUTY CLERK

Dated: 12-27-02

John J. McDonald, Jr. (#136815)
MEAGHER & GEER, P.L.L.P.
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 338-0661

***Attorneys for Defendants Eagle Star, Europa Re, Government Insurance Office, and P.M. Brotherton Sued on his own behalf and on behalf of all underwriting members of Syndicate 490 at Lloyds,***

**ORDER FOR DISMISSAL**

Based upon the foregoing Stipulation of Dismissal with Prejudice entered into by the parties and upon Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED:**

That the above-entitled action is hereby dismissed with prejudice, without cost to any of the parties hereto.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 1-2-02

The Honorable Joan E. Lancaster
United States District Judge

1013598

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500

## NOTICE

The latest amendments to the federal rules of procedure, (Civil, Criminal, Appellate and Bankruptcy), went into effect on December 1, 2002. The new amendments and related committee notes can be found at www.uscourts.gov/rules/amendments0202.htm.

One change is particularly noteworthy. That is Rule 7.1 of the Federal Rules of Civil Procedure. This rule requires that corporations file a "disclosure statement" whenever they initially appear as a party in a federal court action. The Rule 7.1 Disclosure Statement must identify "any parent corporation and any publicly held corporation that owns 10% or more" of the stock of the corporate party filing the statement. The purpose of the disclosure statement is to help judges and magistrate judges identify potential conflicts of interest. (Similar disclosure statement requirements are prescribed by Rule 26.1 of the Federal Rules of Appellate Procedure and Rule 12.4 of the Federal Rules of Criminal Procedure.)

Beginning December 1, 2002, a Rule 7.1 Disclosure Statement must be filed by every corporation when it first appears in a federal action, even if the corporation merely reports that there is no parent corporation or publicly held corporation that owns 10% or more of its stock. These Disclosure Statements must also be filed retroactively, for every corporation which is a party to an action pending in this District as of December 1, 2002. The retroactive Rule 7.1 statements must be filed immediately.

It also should be noted that there have been extensive stylistic changes, (as well as a few substantive changes), to the Federal Rules of Criminal Procedure. Attorneys who appear in federal criminal cases should review the amended version of the Rules.